FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

23 OCT 18 PM 1:25

CLERK - LAS CRUCES

Name: Lindsay Spilsbury

Address: 1413 Union Ave
Las Cruces, NM 88005

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Lindsay Spilsbury, Plaintiff
(Full Name)

CASE NO. 23 CV 917 gbw
(To be supplied by the Clerk)

v.

Vera Demchok, Defendant(s)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) Lindsay Spilsbury, is a citizen of New Mexico
   (Plaintiff)                                    (State)
   who presently resides at 1413 W Union Ave
   (Mailing address or place of confinement)
   Las Cruces

2) Defendant Vera Demchok is a citizen of
   (Name of first defendant)
   Las Cruces  New Mexico, and is employed as
   (City, State)
   _____. At the time the claim(s)
   (Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state law?
   Yes ☒   No ☐   If your answer is "Yes", briefly explain:
   Vera believes she has legal right to put an xhibit on our property in our home and electronicly harrass us with it.

3) Defendant __Seth Demchok__ is a citizen of
      (Name of second defendant)
__Las Cruces NM__, and is employed as
      (City, State)
_____. At the time the claim(s)
( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.
Yes ☒  No ☐   If your answer is "Yes", briefly explain:

Opened a Steam account
In my name using his email
Sethdemchok@gmail.com
(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

Vera Demchok has an xhibit on our property and in our home shes electronlly harrassing me and shes causing conflict with this xhibit. I lost my job and my vehicle she communicates with me all day and keeps me from sleeping shes causing an extreme amount of confusion with this xhibit Its extremly inapropriate to live in my home under these xhibits with her lying about it. Shes disabled me from my life may of 2020 I encounterd the xhibit of Veras

XE- 2/7

On 5-15-2020 Vera Demehok electronicly started to harrass me and stalk me in my home she has an xhibit she forced in our house and she calls it her community shes very involved with my privacy and my life she has not stopped abusing my civil rights since 5-15-2020 she started to speak to me as if I was some one for her to disrespect I worked at Saputos cheese factry from Feb-14, 2022 to October 28, 2022 and it was unbearable to work with veras xhibit and the way she communicats with me was horrible to live with I lost my Job due to the emotional distress she kept me in I worked at McDonalds on hickory from July 1, 2021 to January 2022 and vera made the electronicly abused me at work so I had a difficult time making a living I lost my vehicle I had a 2014 Kia Soul and due to the amount of abuse I become mentelly unstable and

Veras been in my head shes violating my right to privacy mental privacy

The right to cognitive liberty freedom of choice, speech, religion cognitive liberty, mental privacy metal integrity and psychological continuity

- Veras Xhibit digitally penetrates my privates and my eyes she puts the xhibit in my eye balls and I cant sleep there purple.

- I went to Zia Recovery Center with vera and her xhibit Jan 2021 to October 2022
- I went to Mesilla Valley hospital Feb 2021 with veras xhibit and her communicating to me
-

I struggle every day to strive with the xhibit and her abuse

I moved in with my aunt to try to make things better but the xhibit and vera didnt change or go away She continued to abuse me and embarass me infront of my family, Vera and her mother carice have lied to my family about what vera has done to me with this xhibit and has forced me to live in a hostile environment with her behavior she has when she communicates to me I loose sleep over her communicating as I try to fall asleep shes attacking me. I cant work or live under her xhibit I have lost everything because she shared my privacy with other people she calls the xhibit a digital variant

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1) Count I: privacy-Freedom

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

Vera Demchok put an xhibit on our property she only harrasses me not the rest of my family she has involved herself with me and she will not leave me alone or remove the xhibit she started this about may of 2020 and has continued to disrespetfully communicate with me

B)(1) Count II: Electronic communication Electronic surveillance

(2) Supporting Facts: The court house had some documents the clerk gave me that had xhibit on them. Vera stoled them *
Vera had me arrested

XE-2 2/78                          -3-

C)(1) Count III: discrimination

(2) Supporting Facts: Xhibit

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes [X]   No [X]   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit.
       Plaintiffs: Lindsay Spilbury
       Defendants: Vera Demchuk

    b) Name of court and docket number: magistrate court

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
       dismissed

    d) Issues raised: lost my vehicle due to vera and her xhibit

XE-2   2/78   —4—

e) Approximate date of filing lawsuit: March 2023

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes [X]   No [ ]   If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

I am constantly being abused by Veras Xhibit and I was unable to return to the court with the correct documents on the Xhibit

### E.   REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

To live in privacy and free from the Xhibit free from her communication and eavesdropping

_____          Lindsay Spilsbury
Signature of Attorney (if any)              Signature of Petitioner

Attorney's full address and telephone number.

XE-2   2/78                    - 5 -

XE-2  2/78

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at _____ on _____ 20___.
  (Location)                                    (Date)

                                    _____
                                              (Signature)

- 6 -