## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

LINDSAY SPILSBURY,

       Plaintiff,

v.                                                    No. 2:23-cv-00917-KWR-GBW

CARICE DEMCHOK,
VERA DEMCHOK and
SETH DEMCHOK,

       Defendants.

### RULE 58 JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and

Order of Dismissal, which dismissed all of Plaintiff's claims.

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

UNITED STATES DISTRICT JUDGE